IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JAMES VANCAMP,

     Appellant,

v.

DECISION HR 30, INC.,
FWCIGA/FLORIDA
WORKERS' COMPENSATION
GUARANTY ASSOCIATION,
and USIS,

     Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-5853

Opinion filed December 1, 2016.

An appeal from an order of the Judge of Compensation Claims.
Shelley H. Punancy, Judge.

Date of Accident: July 23, 2007.

Kimberly A. Hill of Kimberly A. Hill, P.L., Fort Lauderdale, for Appellant.

Micheal A. Edwards of Peterson Bernard, West Palm Beach, for Appellees.


PER CURIAM.

     This court's opinion of August 19, 2015, having been quashed by the Supreme

Court of Florida by order dated October 27, 2016, the order on appeal is reversed

and the case is remanded for proceedings consistent with <u>Westphal v. City of St. Petersburg</u>, 194 So. 3d 311 (Fla. 2016).

REVERSED and REMANDED.

B.L. THOMAS, WETHERELL, and RAY, JJ., CONCUR.